FILED '10 APR 02 13:16 USDC-ORE

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

MAURICE T. BOYD
Plaintiff,

CV # 09-0094-HO

vs.

ORDER

MICHAEL J. ASTRUE,
Commissioner of Social Security,
Defendant.

Based upon the stipulation of the parties, it is hereby ORDERED that attorney fees in the amount of $5399.72 shall be awarded to Plaintiff pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412. Attorney fees are payable to Plaintiff's attorney. The check shall be made out to Plaintiff's attorney and mailed to Plaintiff's attorney's office as follows: Merrill Schneider, P.O. Box 14490, Portland, OR 97293. No costs or expenses are to be paid.

DATED this 1st day of April, 2010.

Michael R. Hogan
United States Magistrate Judge